UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL A. BURNHART, | ) CASE NO. C06-0816RSL |
| Plaintiff, | ) |
| v. | ) ORDER OF REFERENCE AND |
| | ) REMOVING PENDING MOTIONS |
| COMMANDER REED HOLTGEERTS, | ) FROM THE MOTIONS |
| | ) CALENDAR |
| Defendant. | ) |
| _____ | ) |

The Court hereby refers plaintiff's amended complaint (Dkt. #17) to United States Magistrate Judge Mary Alice Theiler, pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 4, and Fed. R. Civ. P. 72(b), to consider the amended complaint and issue an amended Report & Recommendation in light of the amended complaint. Any objections to the Report & Recommendation shall be in accordance with United States Magistrate Judge Mary Alice Theiler's subsequent instructions, Fed. R. Civ. P. 72(b), 28 U.S.C. §636(b)(1) and Local Rule MJR 4(c).

In light of the fact that plaintiff has filed an amended complaint, which will necessitate an amended Report & Recommendation, the Clerk of the Court shall remove from the motions calendar plaintiff's motion for an extension of time to file objections (Dkt. #15) and his objections (Dkt. #17). Although those motions will be removed from

ORDER OF REFERENCE - 1

01 the motions calendar, they will remain a part of the record and may be considered by
02 United States Magistrate Judge Mary Alice Theiler in drafting her Report &
03 Recommendation.

04    DATED this 6th day of September, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE - 2