01
02
03
04
05

06                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  MICHAEL A. BURNHART,              )  CASE NO. C06-0816-RSL-MAT
                                      )
09          Plaintiff,                )
                                      )
10     v.                             )  ORDER ADOPTING AMENDED
                                      )  REPORT AND RECOMMENDATION
11  COMMANDER REED HOLTGEERTS,        )
                                      )
12          Defendant.                )
    _____ )
13

14      The Court, having reviewed the Amended Report and Recommendation of the Honorable

15  Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of

16  the record, does hereby ORDER:

17      (1)   The Court adopts the Amended Report and Recommendation;

18      (2)   Plaintiff is GRANTED leave to amend his complaint a second time, and the

19            second amended complaint that he has submitted (Dkt. #17) shall be filed;

20      (3)   The constitutional claims and state law claims presented in the second amended

21            complaint are DISMISSED without prejudice. The sole remaining claim which

22            may proceed is plaintiff's claim under the federal Wiretap Act, 18 U.S.C. § 2510

*et seq*;

(4) The Clerk shall STRIKE plaintiff's pending motion for an extension of time (Dkt. #15) and the previous Report and Recommendation (Dkt. #14) as moot; and

(5) Pursuant to Rule 72 of the Federal Rules of Civil Procedure, 28 U.S.C. § 636, and Local Rule MJR 9, this matter is referred to Judge Theiler for pretrial matters, including service of the second amended complaint. The Clerk shall forward copies of this Order to plaintiff and to Judge Theiler.

DATED this 23rd day of October, 2006.

_Robert S. Lasnik_
Robert S. Lasnik
United States District Judge

ORDER ADOPTING AMENDED
REPORT AND RECOMMENDATION
PAGE -2