01
02
03                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
04                              AT SEATTLE

05  MICHAEL A. BURNHART,              )  CASE NO. C06-0816RSL
                                      )
06        Plaintiff,                  )
                                      )
07        v.                          )  ORDER VACATING JUDGMENT
                                      )  ENTERED ON OCTOBER 25, 2006
08  COMMANDER REED HOLTGEERTS,        )
                                      )
09        Defendant.                  )
                                      )
10  _____)

11
12        This matter comes before the Court *sua sponte*. Due to a clerical error, judgment

13  was entered in this case on October 25, 2006. However, because the Court's order

14  adopting the report and recommendation dismissed some, but not all, of plaintiff's claims,

15  the judgment was premature and issued in error. Accordingly, the judgment of October

16  25, 2006 is VACATED.

17
          DATED this 30th day of October, 2006.
18
19
                                          /s/ Robert S. Lasnik
20                                        Robert S. Lasnik
                                          United States District Judge
21
22

ORDER VACATING JUDGMENT