UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MICHAEL A. BURNHART, | ) | CASE NO. C06-0816-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S |
| | ) | MOTION TO COMPEL |
| COMMANDER REED HOLTGEERTS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff is a Washington prisoner who is proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. §1983. On November 22, 2006, the Court directed the Clerk to serve defendants with a copy of the complaint. (Dkt. #28). Defendants have not yet filed an answer. On December 18, 2006, plaintiff filed a motion to compel defendants to answer interrogatories. (Dkt. #32). On December 29, 2006, defendants filed a response to the motion to compel. (Dkt. #34). Having reviewed the motion, response, and the balance of the record, the Court does hereby find and ORDER as follows:

(1) Plaintiff's motion to compel is premature for several reasons: First, it appears that plaintiff filed the motion before he attempted to resolve the dispute with defendants, as required by the Local Rules and the Federal Rules of Civil Procedure. *See* Local Rule CR 37(a)(2)(A); Fed. R. Civ. P. 37(a)(2)(A). Second, plaintiff filed the motion to compel before the 30-day limit to respond to the interrogatories had elapsed. Finally, defendants assert that they have not been

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL
PAGE -1

01  served with a copy of the disputed interrogatories. (Dkt. #34 at 2). For these reasons, plaintiff's
02  motion to compel (Dkt. #32) is DENIED.
03      (2)   The Clerk is directed to send a copy of this Order to plaintiff, to counsel for
04  defendants, and to Chief United States District Judge Robert S. Lasnik.
05      DATED this 8th day of January, 2007.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTION TO COMPEL
PAGE -2