01

02

03

04

05

06                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
07                                  AT SEATTLE

08   MICHAEL A. BURNHART,                     )   CASE NO. C06-0816-RSL-MAT
                                              )
09          Plaintiff,                        )
                                              )
10          v.                                )   ORDER STRIKING PLAINTIFF'S
                                              )   MOTION TO COMPEL
11   COMMANDER REED HOLTGEERTS,               )
                                              )
12          Defendant.                        )
     ─────────────────────────────────────   )
13

14          Plaintiff is a Washington State prisoner who is proceeding *pro se* in this civil rights action

15   pursuant to 42 U.S.C. §1983.  On February 28, 2007, plaintiff filed a "Motion for Discovery."

16   (Dkt. #38).  Having reviewed the motion and the balance of the record, the court does hereby find

17   and ORDER as follows:

18          (1)      In his motion for discovery, plaintiff asks defendant to provide, among other things,

19   information regarding the recording of inmates' telephone calls.  Plaintiff does not request the

20   court's assistance in obtaining this information.  Therefore, it seems as if plaintiff filed the motion

21   with the court because he thought that he was required to do so.  Plaintiff is advised that he need

22   not file with the court copies of discovery requests that he serves on defendants.  Because it was

ORDER STRIKING PLAINTIFF'S
MOTION TO COMPEL
PAGE -1

01 | inadvertently filed with the court, the Clerk shall STRIKE plaintiff's motion for discovery.  (Dkt.

02 | #38).

03 | (2)    The Clerk is directed to send a copy of this Order to plaintiff, to counsel for

04 | defendants, and to Chief United States District Judge Robert S. Lasnik.

05 | DATED this 12th day of March, 2007.

06 |

07 |
Mary Alice Theiler
United States Magistrate Judge

08 |

09 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

ORDER STRIKING PLAINTIFF'S
MOTION TO COMPEL
PAGE -2