01

02                    UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
03                           AT SEATTLE

04  MICHAEL A. BURNHART,                )   CASE NO. C06-0816-RSL
                                        )
05          Plaintiff,                  )
                                        )
06          v.                          )   ORDER DISMISSING § 1983
                                        )   ACTION
07  COMMANDER REED HOLTGEERTS,          )
                                        )
08          Defendant.                  )
    _____ )

09

        The Court, having reviewed defendant's motion for summary judgment, the Report and

10

Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any

11

objections thereto, including plaintiff's objections to the Report and Recommendation and

12

request for extension, and the balance of the record, does hereby ORDER:

13

        (1)     The Court adopts the Report and Recommendation;

14

        (2)     Plaintiff's request for an extension of time is DENIED;

15

        (3)     Defendant's motion for summary judgment (Dkt. #46) is GRANTED;

16

        (4)     The complaint and this § 1983 action are DISMISSED.  This dismissal shall

17

                count as a dismissal under 28 U.S.C. § 1915(g); and

18

        (5)     The Clerk is directed to send a copy of this Order to plaintiff, counsel for

19

                defendant, and Judge Theiler.

20

    DATED this 21st day of August, 2007.

21

22                                      _____
                                        Robert S. Lasnik
                                        United States District Judge